UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CYRUS N. PLUSH,

                    Petitioner,

        v.

JEFFREY A. UTTECHT,

                    Respondent.

CASE NO. 3:25-CV-6044-TMC-DWC

REPORT AND RECOMMENDATION

Noting Date: January 27, 2026

The District Court has referred this action to United States Magistrate Judge David W. Christel. Petitioner Cyrus N. Plush filed a proposed petition on November 13, 2025. Dkt. 1. Petitioner did not file an application to proceed *in forma pauperis* ("IFP") or pay the filing fee. On November 19, 2025, the Clerk of Court sent Petitioner a letter directing him to pay the filing fee or file an application to proceed IFP, including filing a prison trust account statement. Dkt. 2. The Clerk warned Petitioner that if he did not provide the requested documents by December 19, 2025, this action could be subject to dismissal. *Id*.

Petitioner has not paid the filing fee nor filed an application to proceed IFP. Petitioner has not responded to the Clerk's letter nor taken any action in this case since he initiated the case.

REPORT AND RECOMMENDATION - 1

Therefore, the Court recommends this case be dismissed without prejudice and a certificate of appealability be denied.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed by **the day before the noting date**. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **January 27, 2026**.

Dated this 6th day of January, 2026.

David W. Christel
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2